**FILED**
**U.S. District Court**
**District of Kansas**

07/09/2026

**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

ROBERT JAMES SWINT,

      **Plaintiff,**

      v.                           **CASE NO.  26-3150-JWL**

KENNETH DUNCAN GILCHRIST, et al.,

      **Defendants.**

**MEMORANDUM AND ORDER**

This is a pro se civil complaint filed by Plaintiff Robert James Swint, who is currently incarcerated in St. Helens, Oregon. (Doc. 1.) Because Plaintiff neither paid the filing fee nor filed a motion for leave to proceed in forma pauperis, on May 27, 2026, the Court issued a memorandum and order to show cause ("MOSC") granting Plaintiff time to do so. (Doc. 2, p. 1, 3.) The MOSC also explained the Court's conclusion that the complaint, even liberally construed, "fails to state a plausible claim for relief and is legally frivolous" and it granted Plaintiff time to show cause why the complaint should not be dismissed. *Id.* at 1-3. The MOSC granted Plaintiff until June 30, 2026 to file a response and address the filing fee, cautioning that "[t]he failure to respond by the deadline will result in the dismissal of this matter with prejudice and without additional prior notice." *Id.* at 3-4. The deadline has passed and the Court has received nothing further from Plaintiff.

**IT IS THEREFORE ORDERED THAT** this matter is **dismissed with prejudice** as frivolous.

      **IT IS SO ORDERED**.

Dated on this 9th day of July, 2026, in Kansas City, Kansas.

                        s/ John W. Lungstrum
                        JOHN W. LUNGSTRUM
                        United States District Judge

1